IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:17-CV-00008-D

| | |
|---|---|
| RONALD VAUGHN, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| NANCY A. BERRYHILL, ) | |
| ACTING COMMISSIONER, ) | |
| SOCIAL SECURITY, ) | |
| ) | |
| Defendant. ) | |

It is ORDERED that Defendant pay the sum of $1,485.75 in attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, in full satisfaction of any and all claims arising under EAJA, pursuant to the Stipulation of the parties, which the Court finds reasonable. Such payment should be sent to:

Maria Concetta Mayo
Ricci Law Firm, P.A.
P.O. box 483
Greenville, NC 27835-0483

Provided that the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, RICCI LAW FIRM, P.A., and mailed to the office address above in accordance with Plaintiff's assignment to counsel of his right to payment of attorney fees under EAJA. If the award is subject to Offset, the remaining fees, if any, will be payable to Plaintiff and sent to Plaintiff's counsel.

SO ORDERED. This __4__ day of October 2017.

JAMES C. DEVER III
Chief United States District Judge