UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

RONALD VAUGHN,  )
                Plaintiff,  )
                     )  **JUDGMENT IN A CIVIL CASE**
    v.  )
                     )  **CASE NO. 5:17-CV-8-D**
NANCY A. BERRYHILL, Acting Commissioner  )
of Social Security,  )
                Defendant.  )

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant pay the sum of $1,485.75 in attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, in full satisfaction of any and all claims arising under EAJA, pursuant to the Stipulation of the parties, which the Court finds reasonable. Such payment should be sent to: Maria Concetta Mayo Ricci Law Firm, P.A. P.O. box483 Greenville, NC 27835-0483. Provided that the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiffs counsel, RICCI LAW FIRM, P .A., and mailed to the office address above in accordance with Plaintiffs assignment to counsel of his right to payment of attorney fees under EAJA. If the award is subject to Offset, the remaining fees, if any, will be payable to Plaintiff and sent to Plaintiff's counsel.

**This Judgment Filed and Entered on October 4, 2017, and Copies To:**
Maria Concetta Mayo                                       (via CM/ECF electronic notification)
Elisa Donohoe                                                 (via CM/ECF electronic notification)

DATE:                                            PETER A. MOORE, JR., CLERK
October 4, 2017                          (By) /s/ Nicole Briggeman
                                                   Deputy Clerk